**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BOUYER**, | Case No. CV 20-1513 DMG (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **BENNY ALIAV, et al.**, | |
| Defendants. | |

The Court having granted Plaintiff Anthony Bouyer's motion for default judgment by Order dated July 6, 2020 [Doc. # 21],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Benny and Aliza Aliav.  Defendants shall pay Plaintiff $2,000.50 (consisting of $1,462.50 in attorneys' fees and $538 in litigation costs) and provide ADA-complaint handicapped parking spaces and curb ramps at the property located at 17756 Saticoy Street, Reseda, California 91335.

DATED: July 6, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE